LAW OFFICES OF PAUL DELANO WOLF
PAUL D. WOLF, SBN 78624
LYNN M. KESLAR, SBN 191521
Evers Building
717 Washington Street, 2nd floor
Oakland, CA 94607
Telephone:   (510) 451-4600
Facsimile:    (510) 451-3002
paul@pdwolflaw.com
lynn@pdwolflaw.com

Attorneys for Defendant
HASAN SWAID

FILED
FEB 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Hasan Swaid, et. al.<br><br>Defendants. | Case Nos.   07-70057 WDB<br>(Hasan Swaid and<br>Rosemont Wholesale, Inc.)<br><br>07-70058 WDB<br>(Mohammed Aldhufri)<br><br>07-70059 WDB<br>(Mossleh Amari)<br><br>07-70060 WDB<br>(Nabil Munasar Alzoqari)<br><br>07-70062 WDB<br>(Wahidullah Ahmadi) |
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Sufian Khalil Al Khalidi and Basheer<br>Mossleh Abdo Ammari,<br><br>Defendants. | Case No.   07-70078 WDB<br><br>[~~PROPOSED~~] ORDER<br>EXTENDING TIME FOR<br>PRELIMINARY HEARING OR<br>FILING OF INDICTMENT TO<br>MARCH 12, 2007<br>(FRCP 5.1)<br><br>cc: Copies to parties via<br>ECF, WDB's Stats |

U.S. v. KHALIDI, U.S. v. SWAID, ET AL., ORDER EXTENDING TIME FOR INDICTMENT

The Defendants in the above captioned matters, and the United States, through their counsel, having agreed and consented to an extend the time for a preliminary hearing or the filing of an indictment to March 12, 2007, and GOOD CAUSE having been found,

IT IS HEREBY ORDERED that

The time for preliminary hearing or filing of an indictment in the above captioned matters, pursuant to Federal Rule of Criminal Procedure 5.1, shall be extended to March 12, 2007.

SO ORDERED.

2/21/07

The Honorable WAYNE D. BRAZIL
Magistrate Judge

U.S. v. KHALIDI, U.S. v. SWAID, ET AL., ORDER EXTENDING TIME FOR INDICTMENT