MICHAEL P. THORMAN #63008
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Drive, Suite 312
Hayward, CA 94545
Phone (510) 785-8400
Fax (510) 670-0955

Attorneys for Defendant Sufian Al-Khalidi

**FILED**
FEB 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT COURT OF CALIFORNIA
### OAKLAND DIVISION

UNITED STATES OF AMERICA,

  No.: ~~4-07-70057-WDB~~ 4-07-70078 WDB

v.

HASSAN SWAID et al,

  Defendants.

[~~PROPOSED~~] ORDER AMENDING TERM OF PRETRIAL RELEASE

Based on the stipulation of the parties, the terms of defendant Sufian Al-Khalidi's pretrial release are modified so as to allow contact between said defendant and defendants Hassan Swaid and Wahidullah Ahmadi so long as there are no discussions about the matters charged in the complaint unless defendants' counsel are present.

Dated: February 21, 2007

WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE

cc: WDB's Stats, Pretrial, Financial    Copy to parties via ECF