1  Michael P. Thorman, SBN #63008
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 Southland Drive, Suite 312
   Hayward, CA 94545
3  Tel: (510) 785-8400
   Fax: (510) 670-0955
4  michael@btbandb.com

5  Attorney for Defendant Sufian Al-Khalidi

FILED
OCT 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHEN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 07-00126 MJJ |
| Plaintiff, | STIPULATION AND ORDER RE: MODIFICATION OF TERMS OF PRETRIAL RELEASE |
| vs. | |
| HASSAN SWAID, ET AL, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the United States of America through Assistant United States Attorney, George L. Bevan, Jr., and defendant Sufian Al-Khalidi, by and through his counsel, Michael P. Thorman, that the terms of the defendant's pretrial release, limiting his travel to the Northern District of California, may be modified so as to allow the defendant to travel anywhere within the state of California for purposes of his employment with AMRO Wholesale, 9385 N. Boyd Ave., Fresno, California.

//

```
 1
 2
 3  Dated: September 26, 2007              /S/
                                          ─────────────────────────
 4                                        MICHAEL P. THORMAN
                                          Attorney for defendant
                                          Sufian Al-Khalidi
 5
 6  Dated: ~~September~~ October 11, 2007
                                          ─────────────────────────
 7                                        GEORGE L. BEVAN, JR.
                                          Assistant United States Attorney
                                          Attorney for Plaintiff
 8                                        United States of America
 9
10                                        ORDER
11  IT IS ORDERED.
12  Dated: ~~September~~ Oct. 12, 2007
                                          ─────────────────────────
13                                        WAYNE D. BRAZIL
                                          United States District Court Magistrate Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```