1 | Michael P. Thorman, SBN #63008
BONJOUR, THORMAN, BARAY & BILLINGSLEY
2 | 24301 Southland Drive, Suite 312
Hayward, CA 94545
3 | Tel: (510) 785-8400
Fax: (510) 670-0955
4 | michael@btbandb.com

5 | Attorney for Defendant
Sufian Al-Khalidi

6

**FILED**

APR 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7 |            UNITED STATES DISTRICT COURT

8 |            NORTHEN DISTRICT OF CALIFORNIA

9 |                 OAKLAND DIVISION

10

11 | UNITED STATES OF AMERICA,            NO.: CR 07-00126 DLJ

12 |              Plaintiff,

13 |                                      STIPULATION TO MODIFY TERMS
                                         OF RELEASE FOR SUFIAN AL-KHALIDI;
                                         ORDER THEREON
14 | vs.

15

16 | HASSAN SWAID, ET AL,

17 |              Defendants.
                                    /

18 |        IT IS HEREBY STIPULATED by and between Plaintiff, the United States of America, by

19 | and through AUSA Keslie Stewart, and Defendant Sufian Al-Khalidi, by and through his attorney

20 | Michael P. Thorman, with the concurrence of Pretrial Services, by and through Paul Mamaral, that

21 | the terms of said defendant's release be modified to allow Sufian Al-Khalidi to travel to Amman,

22 | Jordan, departing on April 24, 2008 and returning May 16, 2008. As consideration for this

23 | stipulation, defendant has pledged his real property at 1258 Breckenridge St., San Leandro, CA. and

24 | filed an Obligation confirming same with the Clerk of the Court.

25 | ///

26 | ///

27 | CC: WOB's Stats, Copy to parties via ECF,
Pretrial, Financial, Frances

28

stipulation, defendant has pledged his real property at 1258 Breckenridge St., San Leandro, CA, and filed an Obligation confirming same with the Clerk of the Court.

///

///

IT IS FURTHER STIPULATED that to allow this travel, the Court allow the Clerk of the Court to return to Sufian Al-Khalidi his passport, which passport shall be returned to the Clerk by May 23, 2008.

DATED: _____        _____
                                AUSA KESLIE STEWART


DATED: _____        _____
                                MICHAEL P. THORMAN


DATED: __4/23/08__            _____
                                PAUL MAMARAL


## ORDER

Pursuant to Stipulation of the parties, based on proof that defendant Sufian Al-Khalidi has posted a property bond on his residence, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the terms of said defendant's release are modified to allow

1    IT IS FURTHER STIPULATED that to allow this travel, the Court allow the Clerk of the

2  Court to return to Sufian Al-Khalidi his passport, which passport shall be returned to the Clerk by

3  May 23, 2008.

4

5  DATED: ___4/23/08___                          _____
                                                    AUSA KESLIE STEWART
6

7

8

9  DATED: _____                          _____
                                                    MICHAEL P. THORMAN
10

11

12
   DATED: _____                          _____
13                                                  PAUL MAMARAL

14

15

16                                    **ORDER**

        Pursuant to Stipulation of the parties, based on proof that defendant Sufian Al-Khalidi has
17
   posted a property bond on his residence, and GOOD CAUSE APPEARING,
18
        IT IS HEREBY ORDERED that the terms of said defendant's release are modified to allow
19
   his travel to Amman, Jordan on April 24, 2008, returning May 16, 2008.
20
        IT IS FURTHER ORDERED that the Clerk of the Court shall return to defendant his
21
   passport for the purpose of this travel. Defendant shall surrender his passport to the Clerk of the
22
   Court upon his return, and in no event later than May 23, 2008.
23
   DATED: ___4/23/08___
24

25

26                                             _____
                                                MAGISTRATE-JUDGE WAYNE BRAZIL
27

28                                             2