JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3709
   Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 07-00126 -03-DLJ |
| Plaintiff, | NOTICE OF DISMISSAL AS TO DEFENDANT SUFIAN AL KHALIDI |
| v. | |
| SUFIAN AL KHALIDI, | |
| Defendants. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice all charges against Sufian Al Khalidi in the Second Superseding Indictment in the above captioned matter.

DATED:                          Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney


                                   _____/s/_____
                                   MAUREEN C. BESSETTE
                                   Assistant United States Attorney

    IT IS SO ORDERED.

Dated: September 14, 2009              _____
                                         D. LOWELL JENSEN
                                         United States District Court